UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EVA NEUFELD,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, INC.; WACHOVIA,<br><br>Defendant. | Case No. 8:10-cv-01620-JVS-AJW<br><br>[The Honorable James V. Selna, District Judge, Courtroom 10C]<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANT WACHOVIA** |

On February 1, 2011, Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, erroneously sued herein as "Wachovia and Wells Fargo Home Mortgage, Inc." ("Wachovia") filed its Motion to Dismiss Plaintiff's Second Amended Complaint. The hearing on the motion was originally scheduled

/ / /

for March 7, 2011, but was continued by the Court to April 11, 2011.  Plaintiff's opposition was due on March 21, 2011

Plaintiff failed to file any opposition, and, on April 8, 2011, this Court issued a Tentative Order, granting Wachovia's Motion to Dismiss.

On April 20, 2011, the Court issued its final Order, granting Wachovia's Motion to Dismiss Plaintiff's Second Amended Complaint.

Accordingly:

**IT IS HEREBY ORDERED:**

1. Defendant Wachovia is dismissed from this case, with prejudice.
2. Plaintiff Eva Neufeld will take nothing from Defendant Wachovia in this action; and
3. As the prevailing party, Defendant Wachovia may submit an application to tax costs and a motion to recover reasonable attorneys' fees.

Dated:  May 11, 2011

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL
OF DEFENDANT WACHOVIA**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

*Counsel for Plaintiff:*

Meital Manzuri, Esq.
LAW OFFICES OF MEITAL MANZURI
468 North Camden Drive
Beverly Hills, CA 90210
mmanzuri@hotmail.com
Tele: (310) 601-3140 | Fax: (310) 362-0488

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **April 25, 2011.**

| Wendy Mutum | /s/ Wendy Mutum |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |

92981/000183/00143576-1

8:10-CV-01620-JVS-AJW
CERTIFICATE OF SERVICE